No. 72–1019. SEA-LAND SERVICES, INC. *v.* GAUDET, ADMINISTRATRIX, 414 U. S. 573;

No. 73–843. LYKES BROTHERS STEAMSHIP CO., INC. *v.* BROWN, 414 U. S. 1158;

No. 73–5484. HOOKS *v.* ROBERTS, WARDEN, 414 U. S. 1163;

No. 73–5624. HAZZARD *v.* SOCIAL SECURITY ADMINISTRATION ET AL., 414 U. S. 1134;

No. 73–5881. TILLEY *v.* NORTH CAROLINA, *ante,* p. 926; and

No. 73–5915. KAPLAN *v.* CONTINENTAL CAN CO., INC., *ante,* p. 927. Petitions for rehearing denied.

No. 72–6891. SHINDER *v.* ESMIOL, 414 U. S. 848. Motion for leave to file petition for rehearing denied.

MARCH 25, 1974

No. 73–949. MCILVAINE *v.* PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 73–1139. FRANKS *v.* WILSON, JUDGE, ET AL. Appeal from D. C. Colo. dismissed for want of jurisdiction. MR. JUSTICE DOUGLAS dissents from dismissal of the appeal.

No. 73–6031. KAPLAN *v.* KAPLAN. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.